STATE OF NEW JERSEY v. EDWARD C. HARGRAVE.

February 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT VAN WETTERING.

February 18, 1981.

Petition for certification denied.

IN THE MATTER OF THE CLOSURE ORDER OF APRIL 23, 1979
ISSUED TO HENRY HARRIS LANDFILL.

February 18, 1981.

Petition for certification denied.

RICHARD ZALEK v. N.L. INDUSTRIES.

February 18, 1981.

It is ORDERED that the June 26, 1978 order of the Superior Court, Law Division, Hudson County, denying plaintiff's application under R.4:50–1(f) to vacate the summary judgment in favor of N.L. Industries, is summarily reversed; and it is further ORDERED that the matter is remanded to the Superior Court, Law Division, for a new trial as to respondent N.L. Industries. Jurisdiction is not retained. Justice Handler dissents on the ground that certification of this case should be vacated as improvidently granted.